IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TIMOTHY PORTER,

        Plaintiff,

v.

SOUTHERN ILLINOIS HEALTHCARE ENTERPRISES, INC., et al.

        Defendants.

Case No. 24-cv-1706 JPG

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 4/14/2025**         **MONICA A. STUMP, Clerk of Court**

                                             *s/ Tina Gray, Deputy Clerk*

**Approved:**     *s/J. Phil Gilbert*
                     **J. PHIL GILBERT**
                     **DISTRICT JUDGE**